UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )
                                     )        Case No. 2:11MJ00288-GGH-3
            Plaintiff,               )
                                     )        ORDER FOR RELEASE OF
v.                                   )        PERSON IN CUSTODY
                                     )
DANIEL GOLDSMITH,                    )
                                     )
            Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   DANIEL GOLDSMITH  , Case No.

2:11MJ00288-GGH-3  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA   on  September 15, 2011   at  2:00 pm  .


                                By   /s/ Gregory G. Hollows
                                     Gregory G. Hollows
                                     United States Magistrate Judge

Copy 5 - Court