UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
AUG 0 9 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MEMORANDUM

Honorable Garland E. Burrell, Jr.
Senior United States District Judge
Sacramento, California

RE: **Daniel Goldsmith**
Docket Number: 0972 2:11CR00428-003
**PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY**

Your Honor:

Daniel Goldsmith is requesting permission to travel to Austria and Sweden. Daniel Goldsmith is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 10, 2013, Daniel Goldsmith was sentenced for the offense(s) of 21 USC 841(a)(1) – Manufacture of Marijuana (Class B Felony).

**Sentence Imposed:** 24 months custody, 36 months supervised release, $100 Special assessment (paid), $12,704.34 Restitution (paid.) **Special conditions included:** No weapons; Search; Financial disclosure; Not open new lines of credit; Outpatient correctional treatment program; Substance abuse testing; Aftercare copay; Register as drug offender.

**Dates and Mode of Travel:** August 10 - August 25, 2016. Alaska Airlines, Lufthansa Air

**Purpose:** Vacation and to visit Father's friends

RE: **Daniel Goldsmith**
     **Docket Number: 0972 2:11CR00428-003**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MEHCEM
Supervising United States Probation Officer

Dated: August 5, 2016
       Fresno, California
       TDM/rmv

                    /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☑ Approved    ☐ Disapproved

8-8-16
**Date**

GARLAND E. BURRELL, JR.
Senior United States District Judge

2